**SO ORDERED.**

**Dated: December 2, 2019**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Janet Christine Duryea,<br><br>    Debtor.<br>_____<br>Bank of America, N.A.,<br><br>    Movant,<br>  v.<br>Janet Christine Duryea, Debtor; and Lawrence J. Warfield, Chapter 7 Trustee,<br><br>    Respondents. | ) In Proceedings Under<br>) Chapter 7<br>) Case No. 2:19-bk-11747-MCW<br>)<br>) **ORDER ON STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br>)<br>) Re: Real Property Located at<br>    8534 Elkhorn Dr<br>    Show Low, AZ 85901-6849 |

    The parties having agreed to the terms set forth in the Stipulation for Relief from the Automatic Stay, attached hereto, with respect to the property generally known as 8534 Elkhorn Dr, Show Low, AZ 85901-6849, and after appropriate notice and opportunity for a hearing, no party in interest having objected to the Stipulation and good cause appearing,

1      Case No. 2:19-bk-11747-MCW
Order Terminating Automatic Stay
Case 2:19-bk-11747-MCW    Doc 26    Filed 12/02/19    Entered 12/03/19 08:47:20    Desc
Main Document    Page 1 of 2

**IT IS HEREBY ORDERED** that:

The parties shall be bound by the terms of their Stipulation, which shall be the Order of this Court.

**SIGNED AND DATED ON PAGE ONE.**