SO ORDERED.

Dated: January 23, 2020



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Case No. 2:19-bk-11747-MCW |
| Janet Duryea | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 |

### ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES PURSUANT TO 11 U.S.C. § 327

THIS MATTER came before the court, pursuant to the Trustee's Application to Employ BK Global Real Estate Services pursuant to 11 U.S.C. § 327. The Court, having reviewed the Application to Retain BK Global Real Estate Services holds no interest adverse to the estate, and is a disinterested party as required

by 11 U.S.C. §327(a), and having determined that the employment of a real estate broker and agent is necessary and in the best interest of the estate, does:

ORDERED AND ADJUDGED:

1. The Trustee is authorized to employ BK Global Real Estate Services, as a real estate broker and agent of the estate for the purpose of marketing and selling the real property located at: 8534 ELKHORN DR SHOW LOW, AZ 85901

    **Parcel Number**: 304-26-331

    **Census Tract**: 040179653.001026

    **Carrier Route**: R010

    **Abbreviated Description**: SILVER LAKE EST #1 LOT 331

2. Compensation to BK Global Real Estate Services shall be paid and expenses reimbursed as awarded by the Court upon proper application or in conjunction with an Order entered by the Court approving the sale of the real property at issue

DATED AND SIGNED ABOVE.